UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JEFFERY DANIEL MOORE | CIVIL ACTION |
| VERSUS | NO. 12-0855 |
| WARDEN HOWARD PRINCE | SECTION "N"(4) |

### ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objections to the Magistrate Judge's Report and Recommendation filed by the petitioner on November 2, 2012 (Rec. Doc. No. 17), hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Jeffery Daniel Moore's petition for issuance of a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is **DENIED** and **DISMISSED WITH PREJUDICE** as time barred.

New Orleans, Louisiana, this 6th day of November, 2012.

UNITED STATES DISTRICT JUDGE